IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| SAMUEL WILSON, JR., #170866 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv82 |
| KEITH SMITH, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Samuel Wilson, Jr., an inmate confined in the Denton County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation that the Motion to Dismiss (docket entry #9) filed by the Defendants should be granted and that the claims Plaintiff filed pursuant to § 1983 fail to state a claim upon which relief may be granted and therefore should be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).  Plaintiff has filed objections (docket entry #14) but has not addressed the actual basis for the Magistrate Judge's recommendation.  Instead, he merely states that he has "sound evidence to support [his] allegations" and that he has a DVD with certain information on it.  He also states that he has filed a motion for appointment of counsel and seeks a 30-day extension of time in connection with that motion; however, no such motion appears on the docket of this case.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Plaintiff's objections are without merit.  Accordingly, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is therefore

  **ORDERED** that the Defendants' Motion to Dismiss (docket entry #9) is hereby **GRANTED**.

It is further

  **ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  It is further

  **ORDERED** that any and all motions not yet addressed are hereby **DENIED**.

  **SIGNED this the 30th day of March, 2012.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE